PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Scot Andrew Herd**

**Docket No. 0:02CR00145-1(RHK)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Scot Andrew Herd** who was sentenced for Bank Robbery on September 24, 2002, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or dangerous weapons.
- Mandatory drug testing.
- Drug aftercare.
- Mental health aftercare.
- Take any prescribed medications.
- Financial disclosure.
- No new credit.
- DNA collection.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from the use of a controlled substance.

On February 23, 2005, Mr. Herd came to the U.S. Probation Office and reported he had been using cocaine for several days straight and needed help. Mr. Herd stated he had become so desperate, he considered robbing another bank.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAR 04 2005
U.S. DISTRICT COURT ST. PAUL

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 4th day of March, 2005, and ordered filed and made a part of the records in the above ~~case.~~

Honorable Richard H. Kyle
U.S. District Judge Donovan W. Frank

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on March 3, 2005
Place Minneapolis

c: United States Sentencing Commission