**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

SCOT ANDREW HERD,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 02-145(01) (RHK)
Date: November 3, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 10:00 a.m.
Time Concluded: 11:00 a.m.
Time in Court: 1 Hour & Minutes

Before DONOVAN W. FRANK, United States Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: RICHARD NEWBERRY
For Defendant: VIRGINIA VILLA 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter: / Language:

PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
: Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Supervised Release continued for a term of.
: **Defendant is sentenced to:**

**7 months with Bureau of Prisons consecutive to 57 month sentence served in case 05-114. Defendant to be discharge without additional Supervision after serving 7 month sentence**.

9 Written order to be issued.

s/Lowell Lindquist
Deputy Clerk