AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**SCOT ANDREW HERD**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-145(01)(RHK)**
USM Number: **10410-041**
Social Security Number: **8128**
Date of Birth: **1973**

**Virginia Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | Committed a bank robbery. | 4/02/05 |
| Special Condition #9 | Left the Volunteers of America without permission. | 4/02/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**NOVEMBER 3, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**NOVEMBER 3, 2005**
Date

DEFENDANT: SCOT ANDREW HERD
CASE NUMBER: 02-145(01)(RHK)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 MONTHS. Upon completion of the 7-month term of imprisonment the defendant will be discharged from this case only without a term of Supervised Release**.

**NOTE: The defendant must first served a 57-month sentence for the bank robbery charge sentenced to in Criminal Case No. 05-114(01)(DWF/JSM). This sentence is to be served consecutively to the 57-month sentence.**

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**1. The defendant be confined at a prison facility in the State of Minnesota.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________

at ______________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal