A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-145(1) RHK**

0541-0411-0931-0

Scot Andrew Herd

RECEIVED
APR 12 8 51 AM '05
US MARSHALS SERVICE
MPLS., MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Scot Andrew Herd

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Gina Olsen, Deputy Clerk

April 8, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 11-3-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
NOV 16 2005

criminalwarrant.frm

DC Modified 12/08/04